**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DANIELA QUIROZ and GILBERT HERNANDEZ, *on behalf of themselves and others similarly situated,* | : : : : : : : : : : : : : : : : : : : |

DANIELA QUIROZ and
GILBERT HERNANDEZ, *on behalf of*
*themselves and others similarly situated,*

Civil Action No. 2:18-cv-00401 (SJF)(ARL)

                    *Plaintiffs,*

            v.

APPLE & EVE, LLC,

                    *Defendant.*

**NOTICE OF MOTION FOR**
**PARTIAL DISMISSAL OF**
**THE AMENDED COMPLAINT**

TO:     **LEE LITIGATION GROUP PLLC**
         C.K. Lee, Esq.
         Anne Seeling, Esq.
         30 East 39th Street, Second Floor
         New York, NY 10016
         klee@leelitigation.com
         anne@leelitigation.com
         *Attorneys for Plaintiffs*

PLEASE TAKE NOTICE that, in reliance upon Defendant's Memorandum in Support of

Motion for Partial Dismissal of Plaintiffs' Amended Complaint, the Amended Complaint (ECF

No. 7) and all the pleadings and proceedings filed herein, Defendant Apple & Eve, LLC, by their

attorneys, will move this Court before the Hon. Sandra J. Feuerstein, in the United States District

Court for the Eastern District of New York, Central Islip Courthouse, 100 Federal Plaza,

Courtroom 1010, Central Islip, N.Y. 11722, for an order dismissing the Amended Complaint

(ECF No. 7) pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure on the

grounds that: (i) the Court lacks subject matter jurisdiction with respect to (a) Count I and

paragraph (f) of the *ad damnum* clause of the Amended Complaint because plaintiffs lack

standing to seek injunctive relief, and (b) Counts I, II, III and VII to the extent these Counts are

brought under state laws other than New York or California, because plaintiffs lack standing to sue under any state law other than New York or California; and (ii) the Amended Complaint fails to state a claim upon which relief can be granted because (a) Count I for injunctive relief is a remedy, not an independent cause of action; and (b) plaintiffs fail to allege that they have provided written notice to defendant prior to commencing this action as required under California's Consumer Legal Remedies Act; and (iii) granting such other relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Rule 6.1(b)(2) and (3), and Rule 4(F) of the Individual Rules of the Hon. Sandra J. Feuerstein, answering papers, if any, shall be served within fourteen days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

Dated: New York, NY
April 18, 2018

Respectfully submitted,

**DUANE MORRIS LLP**

/s/ Dana B. Klinges
Dana B. Klinges
Sean P. McConnell
30 S. 17th Street
Philadelphia, PA 19103
Tel.: 215.979.1143
Fax: 215.979.1020
dklinges@duanemorris.com
spmcconnell@duanemorris.com

Stephanie P. Chery
1540 Broadway
New York, New York 10036
Tel.: 212.692.1000
Fax: 212.202.4562
schery@duanemorris.com
*Attorneys for Defendant Apple & Eve, LLC*