FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 19 2019 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

DANIELA QUIROZ and
GILBERT HERNANDEZ, *on behalf of themselves
and others similarly situated*,

             Plaintiffs,

v.

APPLE & EVE, LLC,

             Defendant.

Civil Action No. 2:18-cv-00401 (SJF)(ARL)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED** by and between the parties that this action is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and that each party will bear its own costs, disbursements and attorney's fees. The parties request that the case be closed.

**LEE LITIGATION GROUP, PLLC**

_____
C.K. Lee (CL4086)
Anne Seeling (AS3976)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212.465.1188
cklee@leelitigation.com
anne@leelitigation.com
*Attorneys for Plaintiffs*

Dated: April 17, 2019

**DUANE MORRIS LLP**

_____
Dana B. Klinges (DK8022)
30 South 17th Street
Philadelphia, PA 19103-4196
Tel.: 215.979.1000
dklinges@duanemorris.com

Stephanie P. Chery (SC9801)
1540 Broadway
New York, New York 10036
Tel.: 212.692.1000
schery@duanemorris.com
*Attorneys for Defendant*

Dated: April 17, 2019

The Clerk of the Court shall close this case. SO **ORDERED** this 19th day of April, 2019:

s/ Sandra J. Feuerstein
_____
The Honorable Sandra J. Feuerstein,
United States District Judge